IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALISA F. CRAWFORD                                                                                      PLAINTIFF

V.                                      NO. 4:16-CV-181-BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                                DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, without prejudice.

DATED this 9th day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE